# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-2760
Lower Tribunal No. 2020-CF-001543-BXXX-XX

_____

KAEDRYN STUBBS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
John McGowan, Judge.

July 30, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE, J., and LAMBERT, B.D. Associate Judge, concur.

Robert David Malove, of The Law Office of Robert David Malove, P.A., Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED